UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | CAUSE NO. 1:22-mj-0887 |
| | ) | |
| COREY M. BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF READINESS FOR INITIAL APPEARANCE**

The United States of America, by counsel Barry D. Glickman, notifies the Court that it now seeks to bring the Defendant, COREY M. BROWN, before the Court for an Initial Appearance pursuant to Federal Rule of Criminal Procedure 5(a)(1)(A). The defendant is currently in the custody of the USMS at the Indianapolis USMS Office. The United States requests that the Initial Appearance be scheduled at the Court's earliest convenience. The United States certifies that (one option must be selected):

☒ The case is not sealed; or

☐ The case is currently under seal. The United States advises the Court that the presumption under Local Criminal Rule 49.1-2(a) that the case should be unsealed has been met. The case can be unsealed contemporaneously with this filing; or

☐ The case is currently under seal and the United States is providing this Notice, the operative charging document, penalty sheet, and arrest warrant to the Indiana Federal Community Defender or other known defense counsel simultaneously with this filing.

Respectfully submitted,

ZACHARY A. MYERS
United States Attorney

Date:  10/18/2022     By:  /s/ Barry D. Glickman
                           Barry D. Glickman
                           Assistant United States Attorney