UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | ) Cause No. 1:22-mj-0887 |
| | ) |
| COREY BROWN, | ) |
| | ) |
| Defendant, | ) |

## APPEARANCE

TO: CLERK OF THE COURT

Please enter the appearance of Gregory B. Spencer, as retained counsel for the Defendant COREY BROWN.

Dated: October 18. 2022

/s/ Gregory B. Spencer
_____
GREGORY B. SPENCER; 24537-49
Attorney at Law

GREGORY B. SPENCER; 24537-49
GREG SPENCER LAW, LLC
70 EAST 91ST STREET, SUITE 110
INDIANAPOLIS, IN 46240
(317) 918-5982
Cell – (317) 809-1230
greg@gspencerlaw.com

## CERTIFICATE OF SERVICE

I certify a copy of the foregoing was served on the United States Attorney for the Southern District of Indiana, by electronic means on or before the date of filing.

/s/ Gregory B. Spencer
_____
GREGORY B. SPENCER; 24537-49
Attorney at Law